**Order entered June 15, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00129-CR
## No. 05-21-00130-CR

### VICTORIA IFEANYI ANWUZIA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause Nos. CR16-0886 & CR16-0887**

## ORDER

Before the Court is appellant's June 10, 2021 motion for an extension of time to file her brief. We **GRANT** the request to the extent we **ORDER** appellant's brief due **by July 16, 2021**.

/s/    LANA MYERS
       JUSTICE